# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**TAVAREYS ORVILLE CAMPBELL-PETERS,**
Appellant,

v.

**ALEXANDRA J. ECHEVARRIA,**
Appellee.

No. 4D2025-2629

[June 18, 2026]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Lillian B. Ewen, Judge; L.T. Case No. 562021DR002353AXXXHC.

Tavareys Orville Campbell-Peters, Port St. Lucie, for appellant.

No answer brief filed for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***